**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DOUG BITNER** **PLAINTIFF**
**ADC #109995**

**v.** **Case No. 2:25-cv-00142-KGB**

**DOE** **DEFENDANT**

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). Plaintiff Doug Bitner filed a notice in response to the Recommendation, which the Court will consider as objections to the Recommendation (Dkt. No. 4-1). Also before the Court is Bitner's motion for order (Dkt. No. 6).

In the objections, Bitner asks that the Court send the Federal Bureau of Investigations to give him a polygraph to help him get his meds and "to show that I'm allergic to 38 things so that the warden will stop trying to send me to population" (*Id.*). Bitner also states that he is not intellectual, does not know what he is doing, and needs help spelling words (*Id.*). The objections do not address the issue raised by Judge Volpe in the Recommendation that Bitner has failed to pay the filing fee or file a motion to proceed *in forma pauperis*. Judge Volpe notified Bitner that failure to do so may result in his recommending dismissal of his case without prejudice for failure to prosecute (Dkt. No. 2).

Further, the Court has reviewed each of Bitner's notices (Dkt. Nos. 7–15). Although the Court is sympathetic to Bitner's concerns, Bitner's notices do not address the Recommendation's reasoning. The Court acknowledges that Bitner submitted on February 23, 2026, a calculation of initial payment of filing fee (Dkt. No. 11). However, that submission came well after the deadline set by Judge Volpe and well after this Court received the Recommendation.

After careful consideration of the Recommendation, the objections, and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 4). The Court dismisses without prejudice[1] Bitner's claims for lack of prosecution (Dkt. No. 1). The Court denies as moot Bitner's motion for order (Dkt. No. 6).

It is so ordered this 31st day of August, 2026.

Kristine G. Baker
Chief United States District Judge

[1] Bitner may file a new complaint by filing a motion to proceed *in forma pauperis* that is complete and includes he calculation sheet along with his complaint or by paying the filing fee.